**J.S. STONE, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 04–1108.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2004.

Before MICHEL, CLEVENGER, and DYK, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.